United States District Court
Southern District of Texas
**ENTERED**
March 30, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| REINALDO SOTO GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-26-578 |
| | § | |
| U.S. DEPARTMENT OF HOMELAND | § | |
| SECURITY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The defendants have filed an unopposed motion asking that the court stay this case for 90 days from the answer deadline—until July 20, 2026—so that the plaintiff's asylum interview can be conducted and the U.S. Citizenship and Immigration Services can determine next steps. (Docket Entry No. 8).  Rather than stay and administratively close the case, the court extends the answer deadline until July 20, 2026.  If the case is resolved before then, the parties must inform the court.  The court sets an initial conference for August 21, 2026, at 10:00 a.m. via Zoom.

SIGNED on March 30, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge